# Court of Appeals
# of the State of Georgia

ATLANTA,  January 08, 2015

*The Court of Appeals hereby passes the following order:*

## A15A0516.  EDWARD YAPP-POW v. KEY PROPERTY SERVICES, LLC, et al.

This case began as a dispossessory action in magistrate court.  Following an adverse ruling, defendant Edward Yapp-Pow filed a motion to set aside the dispossessory judgment, which the magistrate court denied.  Yapp-Pow appealed the magistrate court's decision to superior court.  The superior court dismissed Yapp-Pow's petition for writ of certiorari, and Yapp-Pow filed his notice of appeal to this Court.  We lack jurisdiction.

"[A]ppeals from decisions of the superior courts reviewing decisions of lower courts by certiorari or de novo proceedings shall be by application for discretionary appeal." *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003); see also OCGA § 5-6-35 (a) (1). Such compliance is required even where the superior court dismisses the certiorari petition.  See *Brewer v. Bd. of Zoning Adjustment of Atlanta*, 170 Ga. App. 351 (317 SE2d 327) (1984). Because Yapp-Pow did not follow the proper procedure for requesting appellate review in this case, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*  01/08/2015
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*